Order issued October 16, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00082-CR

**ERIC REED MARASCIO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

Appellant's motion to extend the time for filing a motion for rehearing is **GRANTED,** and the time is extended until October 31, 2012.


DAVID L. BRIDGES
JUSTICE